**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7753**

———————————

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

    versus

RONALD S. TILLMAN,

                                  Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Solomon Blatt, Jr., Senior District
Judge.  (CR-89-6, CA-97-1079-3-8)

———————————

Submitted:  February 11, 1999      Decided:  February 25, 1999

———————————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ronald S. Tillman, Appellant Pro Se.  Alfred William Walker Bethea,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald S. Tillman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Tillman, Nos. CR-89-6; CA-97-1079-3-8 (D.S.C. Nov. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2